█ DALE V. SHOUSE, Respondent, v ALBERT G. LYONS, JR., et al., Appellants. (Appeal No. 2.) [696 NYS2d 720] —Appeal unanimously dismissed without costs. Same Memorandum as in *Shouse v Lyons* (265 AD2d 901 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.— Reargument.) Present—Green, J. P., Pine, Wisner, Callahan and Balio, JJ.